■ In the Matter of EZEY COMPANY, Appellant, v SHELLEY J. SHERMAN, as Deputy Commissioner of the New York City Department of Consumer Affairs, et al., Respondents. In the Matter of CONFUCIUS PLAZA GARAGE CORP., Appellant, v SHELLEY J. SHERMAN, as Deputy Commissioner of the New York City Department of Consumer Affairs, et al., Respondents. In the Matter of MEYERS BROS. PARKING SYSTEMS, INC., Appellant, v SHELLEY J. SHERMAN, as Deputy Commissioner of the New York City Department of Consumer Affairs, et al., Respondents. — Order, Supreme Court, New York County (Blangiardo, J.), entered on October 6, 1980, and two judgments of said court (Kirschenbaum, J.), entered on April 15, 1981 and April 21, 1981 respectively, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler,. Lupiano, Bloom and Milonas, JJ.